SIGAL CHATTAH, NVSBN 5634
First Assistant United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Social Security Administration
Program Litigation 1
Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DEISHA MARIE SMITH, <br><br> Plaintiff, <br><br> v. <br><br> FRANK BISIGNANO, <br> Commissioner of Social Security, <br><br> Defendant. | Case No.: 2:25-cv-01935-DJA <br><br> **UNOPPOSED MOTION FOR EXTENSION OF TIME** <br> (***FIRST REQUEST***) |

Defendant, Frank Bisignano, Commissioner of Social Security (Defendant), respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 11, filed on January 7, 2026), currently due on February 6, 2026, by 35 days, through and including March 13, 2026. Defendant further requests that the deadline for Plaintiff's optional reply brief be extended to March 27, 2026.

This is Defendant's first request for an extension of time to file a response. Good cause exists for this extension. Counsel is currently in the process of determining whether a settlement agreement

is possible in this case.  Additional time is required for Defendant's undersigned counsel and specialized attorneys within the undersigned's office to consider this option.  If this case cannot be settled, then Defendant's counsel will proceed with filing Defendant's response to Plaintiff's Brief by the new due date of March 13, 2026.  Counsel for Defendant advised counsel for Plaintiff of the need for this extension on February 4, 2026.  Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Brief, through and including March 13, 2026.  This request is made in good faith and with no intention to unduly delay the proceedings.

Dated: February 4, 2026                    Respectfully submitted,

                                           SIGAL CHATTAH
                                           First Assistant United States Attorney

                                           /s/ David Priddy
                                           DAVID PRIDDY
                                           Special Assistant United States Attorney



                                           IT IS SO ORDERED:

                                           _____
                                           UNITED STATES MAGISTRATE JUDGE

                                           DATED:  2/5/2026

2

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My business address is 6401 Security Boulevard, Baltimore, Maryland 21235.  I am not a party to the above-entitled action.  On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

Marc V. Kalagian
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
562-868-5886
Fax: 562-868-8868
Email: marc.kalagian@rksslaw.com

Leonard Stone
Shook & Stone, Chtd.
710 South 4th Street
Las Vegas, NV 89101
701-385-2220
Fax: 702-384-0394
Email: lstone@shookandstone.com

Attorneys for Plaintiff


Dated:  February 4, 2026


/s/ David Priddy
DAVID PRIDDY
Special Assistant United States Attorney

3